## ALEXANDER SNYDER agt. CHARLES A. OLMSTED.

Where the venue in an affidavit was "Albany county," and it was sworn before and the jurat subscribed by a "Judge of Rensselaer county courts, counsellor, &c.;" *held*, that the affidavit could not be read, on motion, on the ground that the officer, before whom it purported to have been sworn, had no jurisdiction to take it. (2 *How.* 86, 127.)

*June Term*, 1846.

MOTION by defendant to set aside proceedings on the part of the plaintiff, &c.

The principal affidavit upon which the motion was founded was made by defendant's attorney; the venue in the affidavit was "Albany county," and was sworn before and the jurat signed by "J. Romeyn, judge Rensselaer county courts, and counsellor in supreme court."

D. WRIGHT, *defendant's counsel*.

L. J. LANSING, *defendant's attorney*.

Van Auken agt. Stewart.

N. HILL, *plaintiff's counsel.*
E. PEARSON, *plaintiff's attorney.*

Plaintiff's counsel objected to the reading of the affidavit, on the ground that the officer, before whom it purported to have been sworn, had no jurisdiction to take it; *cited* 2 *How.* 86, 127.

JEWETT, Justice. Sustained the objection, and denied the motion with $7 costs, without prejudice.